**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| JAMES ARCHER, | : | No. 139 EM 2016 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| MARK GARMAN SUPERINTENDENT OF | : | |
| THE STATE CORRECTIONAL | : | |
| INSTITUTE AT ROCKVIEW, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of October, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus and the Application for an Immediate Hearing are **DENIED**.